UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| | |
|---|---|
| DISABILITY RIGHTS CENTER-NH, | * |
|     Plaintiff | * |
| | * |
| v. | *   Civil No. 18-cv-160-LM |
| | * |
| HELEN HANKS, in her official capacity as | * |
| Commissioner of the New Hampshire | * |
| Department of Corrections, and MICHAEL A. | * |
| ZENK, in his official capacity as Warden of | * |
| the New Hampshire State Prison for Men | * |
|     Defendants | * |

*******************************************

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

NOW COME defendants, Helen Hanks and Michael Zenk, by and through counsel, the New Hampshire Office of the Attorney General, and hereby object to Plaintiff's Expedited Motion for Preliminary Injunction, stating in support as follows:

1. On or around March 6, 2018, the plaintiff filed an Expedited Motion for Preliminary Injunction, seeking access to DOC records, which it claims it requires to conduct an investigation of possible abuse or neglect.

2. "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. NRDC, Inc*. 555 U.S. 7, 20 (2008).

3. Even assuming the plaintiff can meet its burden to establish the first, third, and fourth factors (which the defendants dispute), it cannot meet its burden to prove the second factor—that it is likely to suffer irreparable harm without a preliminary injunction. *Id*. The

1

defendants have already provided the plaintiff with all records identified as DOC records regarding this matter. Additionally, the defendants expect there will be few additional documents created by DOC in the future, and have agreed to produce such documents as they are available. *See Affidavit of Lindsey B. Courtney*.

4. For these reasons, the defendants submit that there is no conduct to enjoin and no need for a preliminary injunction. Accordingly, this Court should deny Plaintiff's Expedited Motion for Preliminary Injunction.

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Deny Plaintiff's Expedited Motion for Preliminary Injunction; and

B. Grant such further relief as may be deemed just and proper.

        Respectfully submitted,

        HELEN HANKS and MICHAEL A. ZENK

        By their attorney,

        GORDON J. MACDONALD
        ATTORNEY GENERAL

Date: March 23, 2018        /s/ Lindsey B. Courtney
        Lindsey B. Courtney
        NH Bar No. 20671
        Attorney
        New Hampshire Attorney General's Office
        33 Capitol Street
        Concord, New Hampshire 03301-6397
        Telephone: (603) 271-3650
        Email: lindsey.courtney@doj.nh.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was sent via the Court's ECF system to Andrew Milne, Esq. and Francesca Broderick, Esq., counsel for the plaintiff.

            /s/ Lindsey B. Courtney
            Lindsey B. Courtney
            NH Bar #20671